```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                CIVIL NO. 06-1318 (MJD/AJB)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | ORDER APPROVING INTERLOCUTORY |
| | ) | SALE OF REAL PROPERTY |
| REAL PROPERTY LOCATED AT | ) | |
| 1040 BROMPTON PLACE, MENDOTA | ) | |
| HEIGHTS, MINNESOTA, DAKOTA | ) | |
| COUNTY WITH ALL BUILDINGS, | ) | |
| IMPROVEMENTS, FIXTURES, AND | ) | |
| APPURTENANCES THERETO, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Having reviewed the foregoing Stipulation For Interlocutory Sale of Property and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Stipulation For Interlocutory Sale of Real Property Located at 1040 Brompton Place, Mendota Heights, Minnesota is hereby APPROVED.

2. The Plaintiff, Linda S. Mullerleile and Darrell L. Mullerleile have agreed to the interlocutory sale of the real property enumerated in the Stipulation For Interlocutory Sale of Property under the terms set forth in the agreement, all of which shall be deemed in full force and effect.

3. The net proceeds from the sale of the real property pursuant to the Stipulation For Interlocutory Sale of Property

shall be treated as a substitute *res* for the real property for purposes of this action, and shall be held in escrow by the U.S. Marshal pending further order of this Court or agreement of the parties.


DATED: April 26, 2006         s / Michael J. Davis
                              MICHAEL J. DAVIS, Judge
                              United States District Court